**Order filed February 8, 2019**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

—————————

## NO. 14-18-00182-CV
—————————

**HARRIS COUNTY, Appellant**

**V.**

**JUANA AVILA, INDIVIDUALLY AND AS NEXT FRIEND OF K.A., A MINOR, AND K.A., INDIVIDUALLY, Appellees**

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-60506**

---

## O R D E R

On January 29, 2019, this court issued an order to the Harris County District Clerk to file a supplemental clerk's record by February 5, 2019. The court has not received the supplemental clerk's record.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **February 14, 2019**, containing **Exhibit 6—Report of Albert Ortiz, Exhibit 7—Call Slips/Detailed History of Police Call (11-6-14), and**

**Exhibit 8—Dash Cam Video Pre-Crash DVD, all of which were attachments to Harris County's Motion for Summary Judgment filed June 26, 2017**.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file

PER CURIAM